

TENNESSEE DEPARTMENT OF CORRECTION
INMATE ~~GRIEVANCE~~ (~~continuation~~ sheet)

DESCRIPTION ~~OF PROBLEM~~: Jeffery G. Douglas, 467106
Northwest Correctional Complex
960 State Route 212
Tiptonville, Tn. 38079

10/5/11

United States District Court

RE: Subpoena + Cost

    Please provide me with One (1) each of subpoena's so that I may Subpoena Records or Document and so that I may also Subpoena Witnesses.

    If the subpoena's are the Same, please let me know so that I my Copy it.

    Should you "not ecept" Copies, then please send me four (4).

    Thank You for Your Time,

    Jeffery

Distribution Upon Final Resolution:
    White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)    Page 2 of 2    RDA 2244